RUTH V. MORSE, Respondent, *v.* STATE OF NEW YORK,
Appellant.
(Claim No. 25464.)

Submitted December 8, 1941; decided December 10, 1941.

*John J. Bennett, Jr., Attorney-General (Burns F. Barford* and *James H. Glavin, Jr.,* of counsel), for appellant.

*Julius Applebaum* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.